```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38277
   ADAM J REIZNER
   TAMMY K REIZNER                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-0781     SSN XXX-XX-4708

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/14/04 and confirmed on 01/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12176.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG          .00            .00            .00
WELLS FARGO HOME MORT    MORTGAGE ARRE      10347.91           .00        10347.91
ASCENSION CAPITAL GROUP  SECURED             1000.00         109.87        1000.00
CAPITAL ONE FINANCIAL    UNSECURED          NOT FILED          .00            .00
CAPITAL ONE FINANCIAL    UNSECURED          NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK  UNSECURED          NOT FILED          .00            .00
SALLY A LICHTER          UNSECURED          NOT FILED          .00            .00
ASCENSION CAPITAL GROUP  UNSECURED             58.66           .00           5.87
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   11347.91       .00         58.66        .00       11406.57
PRINCIPAL PAID       11347.91       .00          5.87        .00       11353.78
INTEREST PAID          109.87       .00           .00        .00         109.87
TOTAL PAID           11457.78       .00          5.87        .00       11463.65
The Debtor's attorney, ROBIN C REIZNER ESQ          , was allowed $        .00
and was paid $         .00 .

The Trustee received $     524.48 .

Refunds to the Debtor totaled $    187.87 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/12/08                    /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 38277 ADAM J REIZNER & TAMMY K REIZNER